IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL T. MARCUM,

    Plaintiff,

v.                                          Case No. 4:20-cv-134-AW-MAF

MARK INCH, et al.,

    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's June 23 Report and Recommendation. ECF No. 19. No objections have been filed. The Report and Recommendation is adopted and incorporated into this order. The motion for preliminary injunction (ECF No. 2) is DENIED as moot. The magistrate judge will conduct further proceedings as appropriate.

SO ORDERED on July 31, 2020.

                                                  s/ *Allen Winsor*
                                                 United States District Judge