IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL T. MARCUM,

    Plaintiff,

v.                                                     Case No. 4:20-cv-134-AW-GRJ

MARK INCH, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's Second Report and Recommendation, ECF No. 28, to which no objections have been filed. The Report and Recommendation is adopted and incorporated into this order. I further note that the Plaintiff's earlier filing (ECF No. 18) indicated he is in protective custody, which is what he sought in filing the lawsuit. Moreover, it appears that Plaintiff, who did not respond to the motion to dismiss, has abandoned the litigation.

The motion to dismiss, ECF No. 26, is GRANTED. The clerk will enter a judgment that says, "This case is dismissed as moot." The clerk will then close the file.

SO ORDERED on December 7, 2020.

                                                               s/ *Allen Winsor*
                                                               United States District Judge